UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**CIVIL MINUTES -- GENERAL**

**Case No.**   LA CV 19-00476-VBF-FFM           **Dated:  October 31, 2019**

**Title:**   ***Kenjuan Adams, Plaintiff v. R. Savage (Sgt.)**, P. Ascarate (Psychologist Supervisor), R. Aguirre (C/O Sgt.) , R. Yavari (Psychologist Technician), Allen (C/O), J. Kidd (Medical Nurse), Bennet (C/O Lt.), H. Tillman (C/O), G. Arnett (C/O), J. Soto (Warden, CASP LAC), A. Topchyan (Psychologist D.), and Doe 3 (Mental Health Supervisor), each in his or her individual capacity, Defendants*

PRESENT:  HON. VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

|   |   |
|---|---|
| Stephen Montes Kerr | N/A |
| Courtroom Deputy | Court Reporter |
| Attorney Present for Plaintiff:  n/a | Attorney present for Defs.:  n/a |

**Proceedings (in chambers):   ORDER**       **Denying Document #37 as Moot and Dismissing the Action With Prejudice**

   With the assistance of the Honorable Maria A. Audero, United States Magistrate Judge, the parties reached a settlement.  On October 30, 2019, the parties filed stipulations consenting to dismissal of this action with prejudice under Fed. R. Civ. P. 41(a)(I )(A)(II).  The stipulations were signed both by plaintiff and by defense counsel on October 29, 2019.  *See* CM/ECF Documents 44 and 45.  This moots the defendants' pending motion to dismiss the complaint.  Accordingly:

| | |
|---|---|
| 1 | **Document #37 is DENIED as moot.** |
| 2 | **This action is DISMISSED with prejudice, with each side to bear its own** |
| 3 | **litigation costs and attorney's fees.** |
| 4 | **The case is closed (JS-6).** |
| 5 | IT IS SO ORDERED. |